ESTATE OF POST: POST, Proponent, Respondent, vs. SMITH and another, Contestants, Appellants.

For the appellants: *Gooding & Gooding* of Fond du Lac.
For the respondent: *John P. McGalloway* of Fond du Lac.

*By the Court.*—Judgment affirmed.

FRATERNAL ORDER OF EAGLES and another, Appellants, vs. INDUSTRIAL COMMISSION and another, Respondents.

For the appellants: *Irving P. Mehigan* of Milwaukee.
For the respondent Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.